Mary **BECKER**, individually and as Temporary and/or Permanent Administrator of the Estate of Jason Hewitt Armsden, Plaintiff–Appellee,

v.

Gregory A. **NEWMAN**, Carol Davenport, Roger Pulliam, Jillian Bailey, Joe Raper, Defendants–Appellants.

No. 14–15181.

United States Court of Appeals, Eleventh Circuit.

March 24, 2016.

Bruce R. Millar, Millar & Mixon, PC, Jonesboro, GA, for Plaintiff–Appellee.

Jason C. Waymire, Williams Morris & Waymire, LLC, Buford, GA, Terry Eu-

gene Williams, Williams Morris & Waymire, LLC, Buford, GA, for Defendants–Appellants.

Before TJOFLAT and ROSENBAUM, Circuit Judges, and KAPLAN,* District Judge.

PER CURIAM:

After thorough briefing and with the benefit of oral argument, we AFFIRM the District Court's order denying summary judgment on qualified- and official-immunity grounds in *Becker v. Fannin County,* No. 2:09–cv–00047–RWS–JCF, 2014 WL 4925684 (N.D.Ga. Sept. 30, 2014).

AFFIRMED.